**Opinion issued January 12, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00526-CV

———————————

## FELIX AUTO TECH; GERALD FELIX, Appellants

## V.

## KENNASA MAEBERRY, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-CCV-055154**

---

## MEMORANDUM OPINION

Appellants, Felix Auto Tech and Gerald Felix, timely filed a notice of appeal

from the judgment, signed by the trial court on April 22, 2016, after they requested

findings of fact and conclusions of law in this breach-of-contract case. *See* TEX. R.

APP. P. 26.1(a)(4). After this Court granted appellants an extension of time to pay

for the records on September 22, 2016, because they had filed a motion for a

supersedeas bond in the trial court, the supplemental clerk's record was filed in this Court on December 15, 2016. This record included, among other things, the parties' settlement agreement letter, filed in the trial court on October 27, 2016.

Because it appeared that there was no longer a live controversy among the parties, the Clerk of this Court issued a Notice of Intent to Dismiss for Want of Jurisdiction on December 20, 2016. *See, e.g.*, *Valley Baptist Med. Ctr. v. Gonzalez*, 33 S.W.3d 821, 822 (Tex. 2000) (noting that existence of live controversy is essential to appellate jurisdiction). This notice notified appellants that this appeal would be dismissed as moot unless they responded within ten days. *See* TEX. R. APP. P. 42.3(a), (c). Appellants failed to file a timely response.

Accordingly, we dismiss this appeal for want of jurisdiction as moot. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Lloyd.

2